**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:   Sean Michael McGuire v. The State of Texas

Appellate case number:   01-14-00240-CR

Trial court case number:   10-DCR-055898

Trial court:   240th District Court of Fort Bend County

Appellant's Motion to Exceed Word Count filed on January 9, 2015 is **DENIED**.

We **STRIKE** appellant's brief filed on January 9, 2015, and order it refiled within 14 days of the date of this order. The Court will allow appellant an additional 300 words in excess of the 15,000 words permitted by TEX. R. APP. P. 9.4(i)(2)(B). *See* TEX. R. APP. P. 9.4(i)(4).

The brief of the State will be due 30 days from the date appellant's brief is refiled. TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
               X  Acting individually     ☐ Acting for the Court

Date:  January 22, 2015